| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>FRANK J. MARTONE, P.C.<br>Christian Del Toro, Esq.<br>1455 BROAD STREET<br>BLOOMFIELD, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>ATTORNEYS FOR SECURED<br>CREDITOR/SERVICING AGENT<br>PNC BANK, NATIONAL ASSOCIATION<br>36.7184<br><br>In Re:<br><br>LAURENCE DICKERSON | Case No.: 17-10030<br><br>Adv. No.: <br><br>Chapter: 13<br><br>Hearing Date: 10/3/2017<br><br>Judge: Andrew B. Altenburg, Jr. |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Christian Del Toro__,

    ☒ am the attorney for: __PNC Bank National Association__

    ☐ am self-represented

    Phone number: __973-473-3000__

    Email address: _____

2. I request an adjournment of the following hearing:

    Matter: __Motion for Relief from Automatic Stay__

    Current hearing date and time: __10/3/2017 at 10:00 am__

    New date requested: __12/5/2017 at 10:00 am__

    Reason for adjournment request: __The Debtor has entered into a trial modification with PNC Bank with the first of three trial payments due in October.__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: __10/2/2017_____          _____[signature]_____
                                                                                    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: __12/5/17 at 10 am__          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2