UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
(973) 473-3000
bky@martonelaw.com
Attorneys for Secured Creditor/Servicing Agent
PNC MORTGAGE
36.7184

In Re:

Laurence F. Dickerson

Case No.: 17-10030-ABA

Adv. No.: _____

Chapter: 13

Hearing Date: 12/5/2017

Judge: Andrew B. Altenburg Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Christian Del Toro_____,

   ☒ am the attorney for: _____PNC Bank, N.A._____

   ☐ am self-represented

   Phone number: _____973-473-3000_____

   Email address: _____

2. I request an adjournment of the following hearing:

   Matter: _____Motion for Relief from Automatic Stay_____

   Current hearing date and time: _____12/5/2017 10:00 am_____

   New date requested: _____1/16/2018 10:00 am_____

   Reason for adjournment request: The Debtor is currently in a Trial Modification program the last payment is due 12/1.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: __12/4/2017_____         _____/s/ signature_____
                                                         Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: __1/16/18 at 10 am__        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2