Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.:  17−10030−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Laurence F. Dickerson
    628 Forsythia Drive
    Vineland, NJ 08360

Social Security No.:
    xxx−xx−0627

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on June 14, 2018.

    On November 19, 2018 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                January 9, 2019
Time:               09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 20, 2018
JAN: eag

                                                                                                     Jeanne Naughton
                                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-10030-ABA
Laurence F. Dickerson                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Nov 20, 2018
                              Form ID: 185               Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.
```
db            +Laurence F. Dickerson,    628 Forsythia Drive,    Vineland, NJ 08360-1802
cr            +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
516576493     +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
516783312     +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburgh, OH 45342-5421
516576498     +PNC National Association,    c/o McCabe, Weisberg & Conway, PC,    123 S. Broad St.,   Suite 1400,
               Philadelphia, PA 19109-1060
516576500      Sharon Dickerson,    c/o Gloucester County Probation,    1893 Hurfville Rd,   Woodbury, NJ 08096
516774939     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
516576501      Toyota Motor Credit,    PO Box 5170,    Simi Valley, CA 93062-5170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2018 00:16:19     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2018 00:16:15     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516576494     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2018 00:21:51     Capital One Bank,
               PO Box 30281,    Salt Lake City, UT 84130-0281
516576495     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 21 2018 00:15:52
               Comenity Bank/Peebles Credit Card,    PO Box 182273,    Columbus, OH 43218-2273
516576496      E-mail/PDF: creditonebknotifications@resurgent.com Nov 21 2018 00:21:54     Credit One Bank,
               PO Box 60500,    City of Industry, CA 91716-0500
516576497      E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2018 00:21:45     Greentree,
               332 Minnesota Street, Ste 610,    Saint Paul, MN 55101
516788424      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2018 00:20:45
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516797396      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2018 00:33:25
               Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,   Norfolk VA 23541
516807249      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2018 00:21:17
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
               Norfolk VA 23541
516636008      E-mail/Text: bnc-quantum@quantum3group.com Nov 21 2018 00:16:06
               Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516576499    ##+Sharon Dickerson,    344 Catawba Ave,    Newfield, NJ 08344-9516
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:
```
              Christian Del Toro    on behalf of Creditor    PNC BANK, N.A. cdeltoro@martonelaw.com,
               mrozea@leopoldassociates.com;bky@martonelaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Nov 20, 2018
                              Form ID: 185             Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Eric   Clayman    on behalf of Debtor Laurence F. Dickerson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Frank J. Martone    on behalf of Creditor   PNC BANK, N.A. bky@martonelaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```