Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–10030–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Laurence F. Dickerson
628 Forsythia Drive
Vineland, NJ 08360

Social Security No.:
xxx–xx–0627

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date: 1/24/18
Time: 02:00 PM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
$3,800.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: December 27, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-10030-ABA
Laurence F. Dickerson                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Dec 27, 2018
                              Form ID: 137             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db          +Laurence F. Dickerson,    628 Forsythia Drive,    Vineland, NJ 08360-1802
cr          +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
516576493   +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
516783312   +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburgh, OH 45342-5421
516576498   +PNC National Association,    c/o McCabe, Weisberg & Conway, PC,   123 S. Broad St.,   Suite 1400,
              Philadelphia, PA 19109-1060
516576500    Sharon Dickerson,    c/o Gloucester County Probation,    1893 Hurfville Rd,   Woodbury, NJ 08096
516774939   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
516576501    Toyota Motor Credit,    PO Box 5170,   Simi Valley, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 23:24:50     U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 23:24:47     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516576494   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2018 23:19:53     Capital One Bank,
              PO Box 30281,    Salt Lake City, UT 84130-0281
516576495   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 27 2018 23:24:29
              Comenity Bank/Peebles Credit Card,    PO Box 182273,   Columbus, OH 43218-2273
516576496    E-mail/PDF: creditonebknotifications@resurgent.com Dec 27 2018 23:19:19     Credit One Bank,
              PO Box 60500,    City of Industry, CA 91716-0500
516576497    E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 23:31:05     Greentree,
              332 Minnesota Street, Ste 610,   Saint Paul, MN 55101
516788424    E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2018 23:19:22
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516797396    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2018 23:20:38
              Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
516807249    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2018 23:19:17
              Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
              Norfolk VA 23541
516636008    E-mail/Text: bnc-quantum@quantum3group.com Dec 27 2018 23:24:37
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516576499    ##+Sharon Dickerson,    344 Catawba Ave,   Newfield, NJ 08344-9516
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 24, 2018 at the address(es) listed below:
              Christian Del Toro    on behalf of Creditor    PNC BANK, N.A. cdeltoro@martonelaw.com,
               mrozea@leopoldassociates.com;bky@martonelaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 27, 2018
                              Form ID: 137             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Eric  Clayman    on behalf of Debtor Laurence F. Dickerson jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Frank J. Martone    on behalf of Creditor   PNC BANK, N.A. bky@martonelaw.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                       TOTAL: 7