UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

**Order Filed on January 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Laurence F. Dickerson

Case No.: 17-10030

Adv. No.:

Hearing Date:

Judge: ABA

# AMENDED ORDER TO EMPLOYER TO
# PAY CHAPTER 13 TRUSTEE

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED.**

**DATED: January 3, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Laurence F. Dickerson |
| Case No: | 17-10030 |
| Social Security No: | xxx-xx-0627 |
| Caption of Order: | Order to Employer to Pay Chapter 13 Trustee |

The above-named debtor has filed a proceeding under Chapter 13 of Title 11 of the United States Bankruptcy Code. The debtor's future earnings have been submitted to the jurisdiction of this Court, in furtherance of the debtor's Chapter 13 plan.

**NOW, THEREFORE**, PURSUANT TO 11 U.S.C. § 1325(c) AND § 105, IT IS ORDERED that, until further order of this Court, the employer or other party providing income to said debtor shall deduct from the earnings or income of said debtor the following sums each pay period, beginning on the next pay day following receipt of this order, and shall deduct the same amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits, arising out of present or past employment of the debtor, and to forthwith remit the sum so deducted to the Chapter 13 Standing Trustee.

**Debtor's Employer and Address:**

> City of Margate
> Attn: Payroll Department
> 9001 Winchester Avenue
> Margate, NJ  08402

**Trustee to Whom Payments Must be Forwarded:**

> Isabel C. Balboa, Trustee
> PO Box 1978
> Memphis, TN 38101

**Amount to be Deducted:**
Monthly ☒        $257

IT IS FURTHER ORDERED that the employer or other party making payments shall note the debtor's name and bankruptcy case number on the checks to the trustee.

**(Page 3)**

| | |
|---|---|
| Debtor: | Laurence F. Dickerson |
| Case No: | 17-10030 |
| Social Security No: | xxx-xx-0627 |
| Caption of Order: | Order to Employer to Pay Chapter 13 Trustee |

IT IS FURTHER ORDERED that said employer or other party shall notify said trustee and mortgagee(s) if the earnings or income of said debtor are terminated, and the reasons for such termination.

IT IS FURTHER ORDERED that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision, or by any insurance, pension or union dues agreement between employer and the debtor, or by the order of this court, shall be paid to the debtor in accordance with employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deduction for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court shall be made from the earnings of said debtor.

IT IS FURTHER ORDERED that an order dismissing the debtor's bankruptcy case shall constitute a termination of the requirement to make payments under this order.

IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to the subject employer or other party in this cause.

IT IS FURTHER ORDERED that the attorney for the debtor shall serve copies of this order on the employer or other party, the trustee, and the mortgagee(s) within five days.

IT IS A VIOLATION OF 15 U.S.C. § 1674 AND N.J.S.A. 2A:170-90.4 FOR AN EMPLOYER TO DISCHARGE AN EMPLOYEE OR TAKE ANY OTHER DISCIPLINARY ACTION BECAUSE OF A WAGE GARNISHMENT.  AN EMPLOYER VIOLATING SAID STATUTES IS SUBJECT TO FINES AND IMPRISONMENT.

United States Bankruptcy Court
District of New Jersey

In re:  
Laurence F. Dickerson  
      Debtor

Case No. 17-10030-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 03, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2019.  
db         +Laurence F. Dickerson,   628 Forsythia Drive,    Vineland, NJ 08360-1802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2019 at the address(es) listed below:

        Christian  Del Toro    on behalf of Creditor    PNC BANK, N.A. cdeltoro@martonelaw.com, mrozea@leopoldassociates.com;bky@martonelaw.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Eric   Clayman    on behalf of Debtor Laurence F. Dickerson jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 7