Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 17–10030–ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laurence F. Dickerson
   5209 Woodmont Circle
   Sewell, NJ 08080

Social Security No.:
   xxx–xx–0627

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     6/13/19
Time:     02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney, period: 6/28/2017 to 4/10/2019

COMMISSION OR FEES
Fees: $5,861.50

EXPENSES
$25.30

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 7, 2019
JAN:

                                  Jeanne Naughton
                                  Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 17-10030-ABA
Laurence F. Dickerson                                               Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: May 07, 2019
                               Form ID: 137                 Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db            +Laurence F. Dickerson,    5209 Woodmont Circle,    Sewell, NJ 08080-2288
cr            +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
516576493     +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
516783312     +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburgh, OH 45342-5421
516576498     +PNC National Association,    c/o McCabe, Weisberg & Conway, PC,    123 S. Broad St.,    Suite 1400,
                Philadelphia, PA 19109-1060
516576500      Sharon Dickerson,    c/o Gloucester County Probation,    1893 Hurfville Rd.,    Woodbury, NJ 08096
516774939     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
516576501      Toyota Motor Credit,    PO Box 5170,    Simi Valley, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 23:44:49      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 23:44:46      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516576494     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 07 2019 23:50:28      Capital One Bank,
                PO Box 30281,    Salt Lake City, UT 84130-0281
516576495     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 07 2019 23:44:22
                Comenity Bank/Peebles Credit Card,    PO Box 182273,    Columbus, OH 43218-2273
516576496      E-mail/PDF: creditonebknotifications@resurgent.com May 07 2019 23:50:36      Credit One Bank,
                PO Box 60500,    City of Industry, CA 91716-0500
516576497      E-mail/PDF: gecsedi@recoverycorp.com May 07 2019 23:51:22      Greentree,
                332 Minnesota Street, Ste 610,    Saint Paul, MN 55101
516788424      E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2019 23:50:40
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516797396      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2019 23:50:31
                Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516807249      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2019 23:51:32
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                Norfolk VA 23541
516636008      E-mail/Text: bnc-quantum@quantum3group.com May 07 2019 23:44:36
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516576499    ##+Sharon Dickerson,    344 Catawba Ave,    Newfield, NJ 08344-9516
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
              Christian Del Toro    on behalf of Creditor    PNC BANK, N.A. cdeltoro@martonelaw.com,
               bky@martonelaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: May 07, 2019
                                  Form ID: 137             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Eric   Clayman    on behalf of Debtor Laurence F. Dickerson jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                        TOTAL: 7