*Office of the Chapter 13 Standing Trustee*

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

| | |
|---|---|
| Jane L. McDonald, Counsel | Kelleen E. Stanley* |
| Raymond H. Shockley, Jr. Staff Attorney | Jennie P. Archer* |
| Jennifer R. Gorchow, Staff Attorney | Lu'Shell K. Alexander* |
| | *Certified Bankruptcy Assistant |
| | †Fellow, American College of Bankruptcy |

May 13, 2019

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:  Chapter 13 Bankruptcy
     Debtor(s) Name:    Laurence F. Dickerson
     Case No:           17-10030   ABA
     Hearing Date:      June 13, 2019 at 2:00 PM

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on May 6, 2019 for the above-captioned matter.

The certification of debtor's counsel supporting supplemental Chapter 13 fees paragraph #5 states the confirmed modified plan included extra fees of a total of $1,000.00. However, pursuant to the modified plan filed on February 21, 2019, the total fee amount of only $500 was listed. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $368.00 per month for thirty-one (31) months with an amended wage order.

**<u>Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.</u>**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:  Eric J. Clayman, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
    Laurence F. Dickerson   (Debtor)   (via First Class Mail)

| | |
|---|---|
| Cherry Tree Corporate Center | **Payments Only:** |
| 535 Route 38 | |
| Suite 580 | **P.O. Box 1978** |
| Cherry Hill, NJ 08002 | **Memphis, TN 38101-1978** |
| (856) 663-5002 | |