UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

In Re:

  Laurence Dickerson
debtors

**Order Filed on June 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 17-10030 |
| Chapter: | 13 |
| Hearing Date: | 6/28/17-6/13/18 |
| Judge: | ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby
**ORDERED.**

**DATED: June 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____ , the applicant, is allowed a fee of $ ____5861.50____ for services rendered and expenses in the amount of $____25.30_____ for a total of $_____5886.80___ .  The allowance is payable:

  X__ through the Chapter 13 plan as an administrative priority.

  ____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____368.00_____ per month for _____31_____ months to allow for payment of the above fee.