UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on June 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Laurence Dickerson
debtors

| | |
|---|---|
| Case No.: | 17-10030 |
| Chapter: | 13 |
| Hearing Date: | 6/28/17-6/13/18 |
| Judge: | ABA |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: June 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $____5861.50____ for services rendered and expenses in the amount of $____25.30____ for a total of $____5886.80____. The allowance is payable:

   X__ through the Chapter 13 plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____368.00_____ per month for ____31____ months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Laurence F. Dickerson  
       Debtor

Case No. 17-10030-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 13, 2019  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.  
db            +Laurence F. Dickerson,    5209 Woodmont Circle,    Sewell, NJ 08080-2288

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:

            Christian Del Toro    on behalf of Creditor    PNC BANK, N.A. cdeltoro@martonelaw.com, bky@martonelaw.com  
            Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Eric Clayman    on behalf of Debtor Laurence F. Dickerson jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
            Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com  
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 7